FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSALIA MORALES V.,[1] | |
| Plaintiff, | No. 1:26-CV-03091-SAB |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | **ORDER GRANTING STIPULATED MOTION FOR REMAND** |
| Defendant. | |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 7. Plaintiff is represented by Thomas Bothwell. The Commissioner is represented by Edmund Darcher and Joseph Derrig.

The parties stipulate and agreed that the above-captioned case be reversed and remanded to the Commissioner of Social Security for a new hearing before an Administrative Law Judge (ALJ).

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, ECF No. 7, is **GRANTED**.

2. The decision of the Commissioner is reversed and remanded. On remand,

---

[1] Pursuant to the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States, Plaintiff's name is partially redacted.

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1**

the Commissioner will further develop the record as additionally needed, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

3. The parties agree that Plaintiff may be entitled to reasonable attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

4. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against the Commissioner.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel and **close** the file.

**DATED** this 14th day of July 2026.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 2