AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 14, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ROSALIA MORALES V.,<br>*Plaintiff*<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Civil Action No.   1:26-CV-03091-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The parties' Stipulated Motion for Remand, ECF No. 7, is GRANTED.
The decision of the Commissioner is reversed and remanded.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Stanley A Bastian _____

Date:   July 14th, 2026 _____

*CLERK OF COURT*


s/Sean F. McAvoy _____
*Signature of Clerk*